UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION


FILED
NOV 24 2025
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

JAYNENE M. JOHNSON, Adv. Proc. No. _____
    Plaintiff,

v. (To be assigned)

SAVINGS BANK OF MENDOCINO COUNTY,
ZBS LAW, LLP and DOES 1–10, Defendants.
TERRI L. CIPPONERI c/o JAMES WATSON EWING ASSOCIATES  995 S. MAIN ST LAKEPORT CA 95453

**COMPLAINT TO DETERMINE VALIDITY, PRIORITY, AND EXTENT OF LIEN;
TO VOID OCTOBER 7, 2025 FORECLOSURE SALE; AND FOR DAMAGES**

Plaintiff Jaynene M. Johnson, pro se, alleges:

**JURISDICTION AND VENUE**
1. This is a core proceeding under 28 U.S.C. §§ 157(b)(2)(K), (G), and (O).
2. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1334 and 157.

**COUNT 1 – DECLARATION THAT LIEN IS VOID (TILA Rescission)**
3. On or before February 27, 2027, Plaintiff mailed written notices of rescission by certified mail, return receipt requested, to Defendant Savings Bank of Mendocino County with respect to the loans consummated in 2017 and 2024.
4. Defendant failed to honor the rescissions within 20 days as required by 15 U.S.C. § 1635(b).
5. Accordingly, Defendant's security interests became void ab initio (Jesinoski v. Countrywide Home Loans, Inc., 574 U.S. 259 (2015); In re Jaaskeläinen, 407 B.R. 449 (Bankr. D. Mass. 2009)).

**COUNT 2 – VIOLATION OF RESPA (12 U.S.C. § 2605(e))**
6. Plaintiff served multiple qualified written requests and requests for information upon Defendant Savings Bank of Mendocino County.
7. Defendant failed to provide adequate responses within the statutory periods, violating RESPA and creating an estoppel against asserting any interest in the notes or deeds of trust.

**COUNT 3 – WRONGFUL FORECLOSURE**
8. On October 7, 2025, Defendants conducted a non-judicial foreclosure sale of Plaintiff's residence located at 25155 Brooktrails Drive, Willits, CA 95490.
9. Because Defendant Savings Bank of Mendocino County held no enforceable security interest on October 7, 2025, the foreclosure sale was wrongful and is void.
10. Defendant Savings Bank of Mendocino, violated California Civil Code §§ 2924 et seq. and § 2941; including wrongful foreclosure and slander of title,

## COUNT 4 – OBJECTION TO CLAIM
11. Any proof of claim filed by Defendant Savings Bank of Mendocino County must be disallowed because the underlying obligation and security interest are void.

## COUNT 5 – VIOLATION OF CALIFORNIA ROSENTHAL ACT (Civ. Code § 1788 et seq.)
12. Plaintiff incorporates all prior paragraphs.
13. Defendant Savings Bank of Mendocino County is a "debt collector" under § 1788.2(c) as to the subject mortgage debt.
14. Defendant violated the Rosenthal Act by continuing collection and foreclosure after Plaintiff disputed the debt via TILA rescission and multiple QWRs.
15. Plaintiff is entitled to statutory damages of $1,000 per violation, actual damages, punitive damages, costs, and reasonable attorney fees.


## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Jaynene M. Johnson respectfully prays that this Court:

1. Declare that Plaintiff's timely TILA rescission voided the subject security interests ab initio (Jesinoski v. Countrywide, 574 U.S. 259 (2015); In re Jaaskeläinen, 407 B.R. 449);

2. Declare the October 7, 2025 foreclosure sale null and void;

3. Quiet title to 25155 Brooktrails Drive, Willits, CA 95490 in Plaintiff free and clear of any claim by Defendants;

4. Award actual damages, statutory damages, and damages for emotional distress under TILA (15 U.S.C. § 1640) and RESPA (12 U.S.C. § 2605);

5. Award punitive damages for Defendants' willful and reckless conduct;

6. Award damages for wrongful foreclosure, slander of title, and violation of California Civil Code §§ 2924 et seq., § 2941 and Rosenthal Act;

7. Award Plaintiff her costs of suit and reasonable attorney's fees (if any); and

8. Grant such other and further relief as the Court deems just and proper, including but not limited to monetary judgment against Defendants, jointly and severally, in an amount **not less than $1,500,000**.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on November 22, 2025
Willits, California

/s/ Jaynene M. Johnson,
Jaynene M. Johnson, Pro Se Debtor
25155 Brooktrails Drive
Willits, CA 95490
(530)448-3952
msjj.wfg@gmail.com