| | |
|---|---|
| 1 | ZBS Law, LLP |
| 2 | Nichole L. Glowin, SBN 262932 |
|   | 30 Corporate Park, Suite 450 |
| 3 | Irvine, CA 92606 |
|   | Phone: (714) 848-7920 |
| 4 | Facsimile: (714) 908-2615 |
|   | Email: bankruptcy@zbslaw.com |

Attorney for Defendants, SAVINGS BANK OF MENDOCINO COUNTY and ZBS LAW, LLP

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SANTA ROSA DIVISION**

| | |
|---|---|
| In re:<br>JAYNENE MELISSA JOHNSON,<br><br>        Debtor.<br>_____<br>JAYNENE M. JOHNSON,<br><br>        Plaintiff,<br><br>v.<br><br>SAVINGS BANK OF MENDOCINO COUNTY; ZBS LAW, LLP; TERRI L. CIPPONERI and DOES 1-10,<br><br>        Defendants. | Adversary Case No: 25-01022<br><br>Bankruptcy Case No.: 25-10698<br><br>Chapter: 7<br><br>**CERTIFICATE OF SERVICE**<br><br><u>Hearing:</u><br>Date: January 23, 2026<br>Time: 11:00 a.m.<br>Courtroom: 215<br>Place: U.S. Bankruptcy Court<br>   1300 Clay Street<br>   Oakland, CA 94612 |

  I, Katherine Kellams, certify that I am an employee of ZBS Law, LLP, 30 Corporate Park, Suite 450, Irvine, CA 92606, over the age of 18, and not a party within this action. I, further certify, that on the **24th day of December 2025**, I served via U.S. Mail a copy of the **1) NOTICE OF HEARING ON DEFENDANTS SAVINGS BANK OF MENDOCINO COUNTY AND ZBS LAW, LLP'S MOTION TO DISMISS ADVERSARY COMPLAINT; 2) DEFENDANTS SAVINGS BANK OF MENDOCINO COUNTY AND**

1  **ZBS LAW, LLP'S MOTION TO DISMISS ADVERSARY COMPLAINT;**
2  **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF;** *and* **3)**
3  **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS SAVINGS**
4  **BANK OF MENDOCINO COUNTY AND ZBS LAW, LLP'S MOTION TO DISMISS**
5  **ADVERSARY COMPLAINT** on all interested parties in this proceeding by placing a true
6  and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United
7  States Mail at Irvine, California, addressed as follows:

**Jaynene M. Johnson**
25155 Brooktrails Drive
Willits, CA 95490
*Plaintiff Pro Se and Debtor Pro Se*

**Terri L. Cipponeri**
c/o James Watson Ewing & Associates
995 S. Main St
Lakeport, CA 95453
*Defendant Pro Se*

**James Watson**
18795 Why 29
Middletown, CA 95461
*Interested Party*

**James Watson**
P.O. Box 1035
Cobb, CA 95426
*Interested Party*

**Sarah L. Little**
2415 San Ramon Valley Blvd. #4432
San Ramon, CA 94583
*Chapter 7 Trustee*

**Honorable Charles Novack**
Attn: Courtroom Deputy
1300 Clay Street, Courtroom 215
Oakland, CA 94612
*Court*

In addition to any paper copies served by U.S. Mail, registered ECF participants, including parties who have requested Special Notice in this case, will receive an electronic copy of the foregoing document when it has been filed with the Court.

| | |
|---|---|
| Sarah L. Little, Ch. 7 Trustee | sarah@littletrustee.com |
| Office of the U.S. Trustee/SR | USTPRegion17.SF.ECF@usdoj.gov |

I certify under penalty of perjury the foregoing is true and correct.

Executed on **December 24, 2025**, at Irvine, California.

                                                  /s/ Katherine Kellams

                                                  **Katherine Kellams**